■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VAUGHN HARRIS, Appellant. [614 NYS2d 960] —Judgment unanimously affirmed. Memorandum: The record establishes that defendant was present at the *Sandoval* conference, and thus reversal pursuant to *People v Dokes* (79 NY2d 656) is not required. The verdict is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). Defendant's remaining contention is unpreserved *(see,* CPL 470.05 [2]), and we decline to reach it as a matter of discretion in the interest

of justice *(see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Onondaga County Court, Auser, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Pine, Balio, Fallon and Doerr, JJ.